# WENIG SALTIEL LLP

**ATTORNEYS AT LAW**

**321 BROADWAY – SECOND FLOOR**
**NEW YORK, NEW YORK 10007**
**PHONE: (718) 797-5700**
**EMAIL: INFO@LTATTORNEYS.COM**

**MERYL L. WENIG**
**JEFFREY L. SALTIEL\***

-------

**HOWARD BONFIELD**
**ANDREW KURTZ⁺**

--------

**DAN M. BLUMENTHAL**
**SPECIAL COUNSEL**

--------

**\*ADMITTED IN NY & NJ**
**⁺ADMITTED IN NY & CA**

**ANGELYN D. JOHNSON**
OF COUNSEL

--------

**STATEN ISLAND OFFICE:**
**420 SOUTH AVE, 2ND FLOOR**
**STATEN ISLAND, NY 10303**
**(NOT FOR SERVICE)**

July 15, 2026

**VIA ECF**

Hon. Taryn A. Merkl, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *Roldan v. 785 East 4th Associates LLC, et al* **(Case No. 22-cv-01289)**

Dear Judge Merkl:

Our firm represents Defendants 785 East 4th Associates LLC and Property Services, LLC ("Defendants") in this action. We are submitting this joint status report to apprise the Court of the status of completion of the remaining remediation work and to request that the Court establish an amended deadline for filing the stipulation of dismissal (which was originally approximated to be August 14, 2026).

While we were originally optimistic that the remaining remediation work would be completed in May 2026, the contractor commenced performing the remaining remediation work today, and is scheduled to resume and complete that work tomorrow. Finally, on a related note, the contractor will return next week to install a replacement grab bar for use in conjunction with the remaining remediation work.

Page 2 of 2
Letter to Hon. Taryn A. Merkl, U.S.M.J.
July 15, 2026

As the original August 14, 2026 deadline for filing the stipulation of dismissal contemplated completion of the remaining remediation work in May 2026, and as that remaining remediation work will not be completed until July 2026, the parties jointly and respectfully request that the deadline for filing the stipulation of dismissal be extended to October 14, 2026.

We thank the Court for its consideration of the foregoing.

Respectfully submitted,

/s/ Howard S. Bonfield

cc:    Counsel for Plaintiff (via ECF)